Center for Disability Access
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JEFFER MANGELS BUTLER & MITCHELL LLP
Martin H. Orlick (Bar No. 083908)
morlick@jmbm.com
Stuart K. Tubis (Bar No. 278278)
skt@jmbm.com
Christopher Whang (Bar No. 316916)
Cwhang@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Defendant
Yee Fung Toy Family Association

PERKINS COIE LLP
Eudeen Y. Chang, Bar No. 211721
EChang@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799
Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Attorneys for Defendant
House of Dim Sum Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>       Plaintiff,<br><br>v. | Case No.: 3:21-cv-06681-AGT<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO** |

| | |
|---|---|
| YEE FUNG TOY FAMILY ASSOCIATION, a California Nonprofit Corporation; HOUSE OF DIM SUM INC., a California Corporation,<br><br>　　　　Defendants. | FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 18, 2022　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: /s/Amanda Seabock
　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: March 18, 2022　　　　PERKINS COIE LLP

　　　　　　　　　　　　　　　By: /s/Aaron J. Ver

　　　　　　　　　　　　　　　　Eudeen Y. Chang
　　　　　　　　　　　　　　　　　Aaron J. Ver
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　House of Dim Sum Inc.

Dated: March 18, 2022　　　　JEFFER MANGELS BUTLER & MITCHELL, LLP

　　　　　　　　　　　　　　　By: /s/Stuart K. Tubis
　　　　　　　　　　　　　　　　　Martin H. Orlick
　　　　　　　　　　　　　　　　　Stuart K. Tubis
　　　　　　　　　　　　　　　　Christopher Whang
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　Yee Fung Toy Family Association

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Aaron J. Ver and Stuart K. Tubis, counsel for House of Dim Sum Inc. and Yee Fung Toy Family Association, respectively, and that I have obtained authorization to affix their electronic signature to this document.

1  Dated: March 18, 2022          CENTER FOR DISABILITY ACCESS

                                  By: /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff